UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INTERLATES LIMITED AND ) | |
| EKA CHEMICALS (AC) LIMITED, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. C04-5834RJB |
| ) | |
| KEMIRA CHEMICALS, INC., AND ) | |
| J.M. HUBER CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| v. ) | |
| ) | |
| CIBA SPECIALTY CHEMICALS CORP. ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |

**CONSENT ORDER OF DISMISSAL**

IT APPEARING TO THE COURT that the Plaintiffs and Third-Party Defendant, Interlates Limited ("Interlates"), Eka Chemicals (AC) Limited ("Eka"), and Ciba

CONSENT ORDER OF DISMISSAL - 1 of 3
[interlates.consent.dis.ord.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Specialty Chemicals Corp. ("Ciba") have reached an agreement with Defendant Kemira Chemicals, Inc. ("Kemira"), and that those parties consent hereto, it is:

ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over Interlates, Eka, Ciba and Kemira to enter an order of dismissal with respect to Kemira on Interlates and Eka's Complaint and with respect to Interlates, Eka and Ciba on Kemira's Counterclaims and Third Party Complaint.

2. The present cause, and all claims or counterclaims that have been asserted as between Interlates, Eka, Kemira and Ciba relating to the Complaint and relating to Kemira's Counterclaims and Third Party Complaint are dismissed with prejudice to the others' rights to bring or reassert the same. This dismissal shall not diminish or alter in any way Interlates' and Eka's ability to seek and if appropriate recover full and complete damages from J.M. Huber Corporation for infringement under the Complaint.

3. The considerations set forth in a Settlement Agreement and agreed to by the parties hereto shall constitute full and final settlement of any and all claims or counterclaims that have been asserted as between Interlates, Eka, Kemira and Ciba, based on occurrences up to and including the Effective Date of the Settlement Agreement.

4. All parties acknowledge that Kemira's failure to comply with the terms of the Settlement Agreement and of this Order is likely to cause irreparable injury to Interlates and Eka for which no monetary remedy may be adequate. Therefore, Kemira hereby agrees that in the event of a breach of the obligations set forth in the Settlement Agreement or this Order, this Court may, upon motion by Interlates and/or Eka, enter injunctive relief that includes, but is not limited to, immediate, specific performance of any obligation that has not been duly performed.

CONSENT ORDER OF DISMISSAL - 2 of 3
[interlates.consent.dis.ord.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

5. Jurisdiction over the parties hereto is retained for the purpose of enabling any of the parties to apply to this Court at any time for such further orders and directions as may be necessary or appropriate in relation to the construction and/or enforcement of any of the provisions hereof including those of the aforementioned Settlement Agreement.

SO ORDERED: This 3rd day of January, 2006.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

WE CONSENT:

For Interlates, Eka and Ciba:

| 12/13/05 | s/_____ |
|---|---|
| Date | Gordon R. Coons |

Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

Donald L. Anderson, WSBA #8373
EISENHOWER & CARLSON, PLLC
1201 Pacific Avenue, Suite 1200
Tacoma, WA 98402
Attorneys for Plaintiffs and
Third-Party Defendant

For Kemira:

| 12/12/05 | s/_____ |
|---|---|
| Date | Mark G. Honeywell, WSBA #01567 |

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM
One Union Square
600 University Street, Suite 2100
Seattle, WA 98101-4185
Clark G. Sullivan
Bradley A. Slutsky
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303-1763
Attorneys for Defendant Kemira Chemicals, Inc.

CONSENT ORDER OF DISMISSAL - 3 of 3
[interlates.consent.dis.ord.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575